FILED
2006 Feb-23  AM 09:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>**vs.** )<br>)<br>**DAVID EDWARD MILES,** )<br>)<br>Defendant. ) | Case Number<br>**5:05-cr-502-UWC-TMP** |

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has carefully considered the Report and Recommendation ("R&R") of the Magistrate Judge (Doc. 21), together with the Defendant's objection thereto. (Doc. 24.)

Upon such consideration, the Court hereby APPROVES the said R&R and ADOPTS the R&R as its own.

Accordingly, the Defendant's Motion to Dismiss for Lack of Jurisdiction, as supplemented (Docs. 17, 25) is hereby DENIED.

Done the 23rd day of February, 2006.

_____
U.W. Clemon
Chief United States District Judge